**FILED**
DEC 19 2006
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** ) | **Bankruptcy Case No. 02-10465-A-7** |
| ) | (Jointly Administered Cases) |
| **Sammye A. Richardson and** ) | |
| **(Michael Amir Richardson,** ) | |
| Case No. 02-10810-A-7) ) | |
| ) | |
| _____Debtors._____ ) | |
| ) | **Adversary Proceeding No. 06-1287** |
| **Sammye A. Richardson,** ) | |
| **Michael A. Richardson, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| **Ninth Circuit Court of Appeal,** ) | |
| **et al.,** ) | |
| ) | |
| _____Defendants._____ ) | |

**ORDER WITHDRAWING REFERENCE TO THE
DISTRICT COURT PURSUANT TO 28 U.S.C. §157(d)**

It appearing that the above-entitled adversary proceeding was filed on October 12, 2006, and it further appearing that the plaintiffs have raised an issue regarding whether Bankruptcy Judge David N. Naugle should be disqualified in this adversary proceeding.

NOW, THEREFORE, good cause appearing, it is ordered that the reference of the above-entitled adversary proceeding is withdrawn to the district court pursuant to 28 U.S.C. §157(d) and the Clerk of the District Court for the Eastern District of California shall forthwith notify the Ninth Circuit Court of Appeals that the matter is ready for assignment upon further designation.

DATED: 12/19/2006

David F. Levi
Chief United States District Judge
Eastern District of California