# UNITED STATES COURTS FOR THE NINTH CIRCUIT

## REVISED DESIGNATION OF DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

Pursuant to Title 28, United States Code, Section 292(b), I hereby designate the Honorable **Barry Ted Moskowitz**, United States District Judge for the Southern District of California to hold court in the Eastern District of California for the purpose of hearing the motion to dismiss bankruptcy judge David Naugle in the bankruptcy court adversary proceeding 06-1287 in the case *In re Sammye A. Richardson and Michael Amir Richardson*, Case No. 02-10465-A-7 (Jointly Administered Cases). This designation shall be effective for such time required in advance to prepare or thereafter as required to complete unfinished business.

Dated: December 21, 2006

Mary M. Schroeder
Chief Judge
United States Courts for the Ninth Circuit

cc:    Judge Barry Ted Moskowitz
       Chief Judge Irma Gonzalez, Southern District of California
       Chief Bankruptcy Judge Michael S. McManus, Eastern District of California
       Sam Hamrick, Clerk of Court, Southern District of California
       Richard G. Heltzel, Bankruptcy Clerk, Eastern District of California