# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMYE A RICHARDSON, MICHAEL A RICHARDSON, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> NINTH CIRCUIT COURT OF APPEAL, ET AL., <br><br> Defendants. | CASE NO. 1:06cv1852 BTM <br><br> **ORDER RE: MOTION TO DISMISS AS TO JUDGE NAUGLE** |

Judge Moskowitz has been designated to decide the pending motion to dismiss as to defendant Judge David N. Naugle. If Plaintiffs have not yet filed their opposition to the motion to dismiss, they must do so by 4:00 p.m. on December 26, 2006. Any reply must be filed by 4:00 p.m. on December 29, 2006. The Clerk shall give telephonic notice of the contents of this order to Plaintiffs.

**IT IS SO ORDERED.**

DATED: December 21, 2006

_____
Hon. Barry Ted Moskowitz
United States District Judge

1                                               1:06cv01852 BTM