# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMYE A RICHARDSON, MICHAEL A RICHARDSON, ET AL.,<br><br>Plaintiffs,<br>vs.<br>NINTH CIRCUIT COURT OF APPEAL, ET AL.,<br><br>Defendants. | CASE NO. 1:06cv1852 BTM<br><br>**ORDER RE: HEARING ON MOTION TO DISMISS AS TO JUDGE NAUGLE** |

The Court has reviewed the papers submitted in connection with the pending motion to dismiss as to Judge Naugle. The Court has determined that oral argument is not necessary for the resolution of this motion. Therefore, the motion shall be submitted on the papers and this matter shall be removed from the calender.

**IT IS SO ORDERED.**

DATED: January 3, 2007

Hon. Barry Ted Moskowitz
United States District Judge

1                                                                                        1:06cv01852 BTM