# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ) <br> ) <br> **Sammye A. Richardson and** ) <br> (**Michael Amir Richardson**, ) <br>   Case No. 02-10810-A-7) ) <br> ) <br> _____Debtors._____ ) <br> ) <br> **Sammye A. Richardson**, ) <br> **Michael A. Richardson, et al.,** ) <br> ) <br> _____Plaintiffs, ) <br> ) <br>                vs. ) <br> ) <br> **Ninth Circuit Court of Appeal,** ) <br> **et al.,** ) <br> ) <br> _____Defendants._____ ) | **District Case No. 1:06-cv-1852 BTM** <br><br><br><br><br><br> **Bankruptcy Case No. 02-10465-A-7** <br> (Jointly Administered Cases) <br><br><br> **Adversary Proceeding No. 06-1287** |

## ORDER REFERRING ADVERSARY PROCEEDING TO THE BANKRUPTCY COURT PURSUANT TO 28 U.S.C. §157(a)

It appearing that an Order Granting Motion to Dismiss as to Judge Naugle was filed on 1/5/07, and that Judge Barry Ted Moskowitz has completed his limited assignment in this case.

NOW, THEREFORE, good cause appearing, the above-entitled adversary proceeding is referred back to the United States Bankruptcy Court, Eastern District of California pursuant to 28 U.S.C. §157(a) and the Clerk of the District Court for the Eastern District of California will transmit this adversary proceeding to the Clerk of the Bankruptcy Court for the Eastern District of California for further proceedings by Bankruptcy Judge David N. Naugle.

DATED: January 9, 2007

/s/ David F. Levi
David F. Levi
Chief United States District Judge
Eastern District of California