# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMYE A RICHARDSON, MICHAEL A RICHARDSON, ET AL.,<br><br>　　　　　　　　　　Plaintiffs,<br>　　vs.<br>NINTH CIRCUIT COURT OF APPEAL, ET AL.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 1:06cv1852 BTM<br><br>**NOTICE RE: MOTION FOR RECONSIDERATION** |

    On January 18, 2007, Plaintiffs filed in Bankruptcy Court (Adv. No. 06-1287) a motion for reconsideration of the Court's order filed on January 5, 2007, dismissing with prejudice the case against Judge Naugle. However, the designation of the undersigned judge was limited to the motion to dismiss Judge Naugle. Therefore, unless the Chief Judge of the Ninth Circuit Court of Appeals designates this judge to hear the motion for reconsideration, this judge cannot decide the motion. Furthermore, Plaintiffs filed the motion in the wrong court. If Plaintiffs continue to seek reconsideration of the Court's order, Plaintiffs must refile the motion in this action in the district court.

DATED: January 25, 2007

*Barry Ted Moskowitz*
Hon. Barry Ted Moskowitz
United States District Judge