# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMYE A RICHARDSON, MICHAEL A RICHARDSON, ET AL.,<br><br>　　　　　　　　　　　Plaintiffs,<br>　　vs.<br>NINTH CIRCUIT COURT OF APPEAL, ET AL.,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 1:06cv1852 BTM<br><br>**NOTICE RE: MOTION TO COMPEL JUDGE NAUGLE** |

　　　Plaintiffs have filed a "Motion to Compel Judge Naugle to Allow Litigant to Calender Pleadings Without Interception, etc."   The undersigned judge is not designated to hear this particular motion and does not have the authority to grant or deny the requested relief. Plaintiffs must direct their request to Judge Naugle.

DATED:  January 26, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　*Barry Ted Moskowitz*
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge