# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMYE A RICHARDSON, MICHAEL A RICHARDSON, ET AL.,<br><br>            Plaintiffs,<br><br>     vs.<br><br>NINTH CIRCUIT COURT OF APPEAL, ET AL.,<br><br>            Defendants. | CASE NO. 1:06cv1852 BTM<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON MOTION FOR RECONSIDERATION** |

Plaintiffs have filed a "Motion for Order to Reconsider and Vacate Order Granting Motion to Dismiss as to Judge Naugle" in the United States Bankruptcy Court for the Eastern District of California (Adv. No. 06-1287).  The Court hereby orders the Clerk of the Bankruptcy Court to transfer the motion and supporting papers to this Court for filing in this case. The motion is set for hearing on **March 29, 2007 at 11:00 a.m.**  However, counsel for Judge Naugle is ordered to file a response to the motion on or before **February 6, 2007**. Plaintiffs may file a reply on or before **February 12, 2007**.  If the Court determines that no oral argument is necessary, the Court will vacate the hearing and issue a decision on the papers in advance of the hearing date.

**IT IS SO ORDERED.**

DATED: January 29, 2007

                                                                              /s/ Barry Ted Moskowitz
                                                                              Hon. Barry Ted Moskowitz
                                                                              United States District Judge

cc:     Clerk of the Court, United States Bankruptcy Court
        for the Eastern District of California